# Discovered Being Ministry, Inc.

P.O. Box 2284 ✞ New York, NY 10163
www.discoveredbeingministryinc.com
bishopcaractor@yahoo.com
revhelencaractor@yahoo.com
(718) 607-3277

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 08 2013 ★

LONG ISLAND OFFICE

July 8, 2013

Clerk of Court
United States District Court
Eastern District
100 Federal Plaza
Central Islip, New York 11722

**CV-13 3800**

**FEUERSTEIN, J**

Re: Mailing Address

Dear Clerk of Court:

**TOMLINSON, M**

I greet you in the name of our Lord and Savior, Jesus Christ. It is my sincere prayer that you and your staff are being Blessed even as you read this correspondence.

I am filing a legal brief before the court and I am requesting that all correspondence regarding this legal brief be sent to my mailing address which is P.O. Box 2284, New York, New York 10163-2284.

Yours in Jesus Christ,

*Bishop William B. Caractor*

Bishop William B. Caractor