# Discovered Being Ministry, Inc.

P.O. Box 2284 ✝ New York, NY 10163
www.discoveredbeingministryinc.com
bishopcaractor@yahoo.com
revhelencaractor@yahoo.com
(718) 607-3277

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JAN 02 2014 ★

LONG ISLAND OFFICE

13-7043 (SJF)

13-3800 (SJF)

December 30, 2013

Ms. Cathy Vukovich, Pro Se Clerk
Clerk of United States District Court, EDNY
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re: Mailing Address

Dear Ms. Vukovich:

I greet you in the name of our Lord and Savior, Jesus Christ. It is my sincere prayer that you and your staff are being Blessed even as you read this correspondence.

Please note that our mailing address is P.O. Box 2284, New York, New York 10163-2284.

All court documents and correspondence should be sent to the above mentioned address.

Yours in Jesus Christ,

Bishop William B Caractor

Bishop William B. Caractor

**Discovered Being Ministry, Inc.**
P.O. Box 2284 ✝ New York, NY 10163

NEW YORK NY 100
16 DEC 2013 PM 14 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 02 2014 ★
LONG ISLAND OFFICE

Ms. Cathy Vukovich, Pro Se Clerk
Clerk of United States District Court, EDNY
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

11722901414

